# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY RICHARDSON | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05-0621-CV-W-FJG-SSA ) |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration | ) ) ) ) |
| Defendant. | ) ) |

# ORDER

Currently pending before the Court is defendant's Motion to Remand (Doc. # 9). Defendant requests that the Court remand this case pursuant to sentence 6 of 42 U.S.C. § 405(g). Defendant states that before the Commissioner's answer was filed, the Appeals Council determined that remand was appropriate for further consideration of plaintiff's claims. Upon receipt of the remand order, the Appeals Council will remand the case to the Administrative Law Judge, who will be directed to perform a proper drug addiction and alcoholism analysis pursuant to Public Law 104-121 and 20 C.F.R. §404.1535 (2005). For good cause shown and with no opposition from the plaintiff, defendant's motion is hereby **GRANTED**. This case is hereby **REMANDED** to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g).


Date: December 13, 2005  **/S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri  Fernando J. Gaitan Jr.
United States District Judge